```
 1  Ronald J. Ellett, No.  012697
    ELLETT LAW OFFICES, P.C.
 2  2345 East Thomas Road, Suite 410
    Phoenix, Arizona 85016
 3  (602) 235-9510
    Attorney for Debtor
 4
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CASE NO. B01-06221-ECF-SSC |
| | ) | |
| JOHNSTON, LOGAN T., III | ) | ADV. _____ |
| | ) | |
| | ) | COMPLAINT FOR WILLFUL STAY |
| Debtor. | ) | VIOLATION AND REQUEST FOR RULING |
| | ) | THAT STATE COURT ORDER VIOLATES |
| _____ | ) | AUTOMATIC STAY |
| LOGAN T. JOHNSTON, III | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAULA PARKER (debtor's | ) | |
| ex-wife), | ) | |
| MELVIN STERNBERG, (attorney to | ) | |
| Paula Parker), KAREN L. | ) | |
| O'CONNOR, State Court Judge | ) | |
| _____ | ) | |

   Plaintiff as and for his complaint states as follows.

   1.   Plaintiff is the Debtor in the above captioned case.

   2.   The Petition was filed on May 14, 2001.

   3.   Paula Parker is Plaintiff's ex-wife

   4.   Melvin Sternberg is Paula Parker's State Court attorney.

   5.   Judge O'Conner is the State Court Judge who entered the attached post-petition order.

   6.   This is a core proceeding.

   7.   The Defendants attended a hearing on May 17, 2001, where they were informed of Mr. Johnston's bankruptcy.  In violation of the

stay, they conducted and participated in a hearing that resulted in the attached order.

8. The attached order is a stay violation and therefore void.
9. A Notice of Bankruptcy was sent to the State Court and to Melvin Sternberg as Paula Parker's attorney.
10. Written request was made of Melvin Sternberg and Judge O'Conner to cure the stay violation.
11. The Defendants have refused to cure the stay violation.
12. As a result of the stay violation, and the Defendants failure to cure, Mr. Johnston has suffered damages including attorney's fees necessary to bring this complaint and the motions related to the complaint.

Wherefore pursuant to 11 U.S.C. § 362, the Plaintiff requests his damages, his attorney's fees, his costs and such other relief as the Court deems just from Defendant Parker and Defendant Sternberg. The Plaintiff also requests a ruling that the attached State Court Order entered by Defendant O'Connor is a violation of the stay and is therefore void. Plaintiff is **not** requesting any monetary relief from Judge O'Connor.

Respectfully submitted this ___ day of July, 2001.

ELLETT LAW OFFICES, P.C.


By_____
Ronald J. Ellett
2345 E. Thomas Road
Suite 410
Phoenix, Arizona  85016

2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

NOTICE THAT EITHER EXHIBITS TO THIS ELECTRONICALLY FILED DOCUMENT ARE NOT ATTACHED OR ALL PAGES OF THIS DOCUMENT ARE NOT ATTACHED.

There were either one or more exhibits and/or other attachments filed with this pleading or the document filed consisted of pages too numerous for the clerk to scan and electronically file as part of the pleading. Paper copies of the exhibits or the entire document are maintained at the Office of the Clerk. They may be reviewed at that office 9:00 a.m. to 4:00 p.m., Monday to Friday, at 2929 North Central Avenue, Ninth Floor, Phoenix, Arizona, or you may arrange to obtain copies from the filing attorney.

                                          KEVIN E. O'BRIEN
                                          CLERK OF COURT